

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Damian Trujillo<br>DEFENDANT(S). | CASE NUMBER<br>CR-11-00935-R-31<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____deft____, IT IS ORDERED that a detention hearing is set for ~~Monday~~ Tuesday, 3/26/13, at 2:00 ☐a.m. / ☒p.m. before the Honorable ~~RALPH ZAREFSKY~~ U.S. MAGISTRATE JUDGE Criminal Duty Magistrate Judge, in Courtroom 341 - Roybal.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 3/21/13

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)

Page 1 of 1